UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| TRISHA SAPP, an Individual, | Case No.: 8:18-00077-ADS |
|---|---|
| Plaintiff, | |
| v. | JUDGMENT OF DISMISSAL |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Memorandum Opinion and Order of Remand, Dkt. No. 29, filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that Defendant's Motion to Strike Plaintiff's Letter is GRANTED and that the decision of the Commissioner of Social Security is AFFIRMED, and this action is DISMISSED with prejudice.

1       LET JUDGMENT BE ENTERED ACCORDINGLY.

3 DATE: February 22, 2019

                                            /s/ Autumn D. Spaeth
                                    THE HONORABLE AUTUMN D. SPAETH
                                    United States Magistrate Judge